United States District Court
Southern District of Texas
**ENTERED**
February 24, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES E. EPLEY, a/k/a PIERRYCK CASTELLAZZI, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-3036 |
| KELLY STRONG, et al., | § § | |
| Defendants. | § § | |

**MEMORANDUM OPINION AND ORDER**

Rule 4(m) of the Federal Rules of Civil Procedure provides that, when a plaintiff fails to serve a defendant within 90 days after the complaint is filed, the court is required to dismiss the action without prejudice or order that service be made within a specified time. FED. R. CIV. P. 4(m).

The docket in this case shows that plaintiff, who is not incarcerated or proceeding *in forma pauperis* and is currently represented by counsel, filed a *pro se* civil complaint against twelve or more state employees on August 12, 2019. He took no action to serve the defendants. On October 1, 2019, plaintiff was advised to comply with the service requirements of Rule 4(m) or his lawsuit would be dismissed.

Plaintiff subsequently obtained counsel of record, who requested issuance of summons on October 31, 2019. The Clerk's Office issued summons the next day, November 1, 2019, and notified counsel. Nevertheless, the defendants remained unserved and, on January 13,

2020, the Court ordered plaintiff to serve the defendants by February 13, 2020. The Court warned plaintiff that failure to timely comply with the order may result in dismissal of the lawsuit under Rule 4(m).

The Court's docket shows that this lawsuit has been on file for over six months and the defendants remain unserved. Plaintiff has been provided ample time to serve the defendants. Accordingly, this lawsuit is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m). Any and all pending motions are **DISMISSED AS MOOT**.

Signed at Houston, Texas, on this the 24 day of February, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE